No. 95–1925. OXFORD HOUSE-C. ET AL. *v.* CITY OF ST. LOUIS. C. A. 8th Cir. Certiorari denied.

No. 95–1926. BARBER *v.* HALLMARK CARDS, INC. C. A. 10th Cir. Certiorari denied.

No. 95–1927. CANNON, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF CANNON, DECEASED *v.* GROUP HEALTH SERVICE OF OKLAHOMA, INC., DBA BLUE CROSS & BLUE SHIELD OF OKLAHOMA, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1928. BLINDER ET AL. *v.* HOXWORTH ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1930. GENERAL MOTORS CORP. *v.* CITY OF LINDEN ET AL. Sup. Ct. N. J. Certiorari denied.

No. 95–1931. NEUMANN *v.* PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 95–1932. ABRAHAMS *v.* YOUNG & RUBICAM INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1933. ROGERS ET AL. *v.* ROGERS ET AL. Sup. Ct. Va. Certiorari denied.

No. 95–1935. GLOVER ET AL. *v.* MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1937. SCHWARTZ *v.* DOC'S FOOD STORES, INC. Ct. App. Okla. Certiorari denied.

No. 95–1938. IZADPANAH ET AL. *v.* GROSS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1939. ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES THERETO KNOWN AS 143–147 EAST 23RD STREET, NEW YORK, NEW YORK, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.